James Richard DORTCH *v.* STATE of Arkansas

CR 05-269 206 S.W.3d 249

Supreme Court of Arkansas
Opinion delivered March 31, 2005

*Thurman Ragar, Jr.,* for appellant.

No response.

PER CURIAM. Appellant James Richard Dortch, by and through his attorney, has filed a motion for rule on clerk. His attorney, Thurman Ragar Jr., states in the motion that the record was tendered late due to a mistake on his part.

■ We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) (*per curiam*).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.